**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:20-cv-61611-SMITH/VALLE**

JOLANTA SARIS SZYFTER,

    Plaintiff,

vs.

ATLANTIC COAST ENTERPRISES, LLC
d/b/a ACE LUBE CENTERS, LLC,

    Defendant.
_____/

**ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION AND GRANTING JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE**

This matter is before the Court upon the Paperless Report and Recommendation to the District Judge [DE 8], in which Magistrate Judge Valle recommends granting the parties' Joint Motion for Approval and Entry of Consent Decree [DE 6] in this action brought pursuant to Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.* No objections have been filed. Having reviewed, de novo, the Report of Magistrate Judge and the record, and given that there are no objections, it is

    **ORDERED** that:

    1.    The Paperless Report and Recommendation to the District Judge [DE 8] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

    2.    The parties' Joint Motion for Approval and Entry of Consent Decree [DE 6] is **GRANTED.** The Consent Decree, in the form annexed hereto, is **APPROVED and ENTERED**, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree.

      3.      This action is otherwise **DISMISSED with prejudice** with each party to bear their own fees and costs except as provided by the Consent Decree.

      4.      All pending motions are **DENIED as moot**.

      5.      This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of October, 2020.

/s/ Rodney Smith
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record